**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DOUGLAS MURRAY and
MARY BRADY,

        Plaintiffs,                       Case No. 05-CV-71924
                                                   HON.  George Caram Steeh
v                                                        Magistrate Judge Scheer

E. EPPERSON, MATT PRICE,
SGT. STEVE BORISCH,
SGT TOM HARRIS, and
SGT J. TRZYBINSKI,
Jointly and Severally and in their Individual
Capacities, and CITY OF WESTLAND,

        Defendants.
_____/

## ORDER DISMISSING CLAIMS OF PLAINTIFF DOUGLAS MURRAY

                At a session of said Court,
                held in the City of Detroit,
                Wayne County, Michigan, on: October 3, 2005

                PRESENT:  HON.: GEORGE CARAM STEEH
                               U.S.  DISTRICT  COURT JUDGE

    This matter having come before this Court upon Stipulation of the parties, and the Court being otherwise fully advised in the premises;

    IT IS HEREBY ORDERED that all claims of Plaintiff Douglas Murray are hereby dismissed with prejudice and without costs.

                                                                           s/GEORGE CARAM STEEH
                                                                             U.S.  DISTRICT  JUDGE